_hniTED STATES DisTRicT CouRT_

~~SUPREME COURT OF THE STATE OF NEW YORK~~

_FoR THE Southern DisTRicT_ ~~COUNTY~~ OF NEW YORK

| | |
|---|---|
| **JOHN A. ZACCARO** | |
| Plaintiff, | : |
| | : |
| | : |
| v. | : |
| | : |
| **HASU P. SHAH, KIRAN P. PATEL,** | : |
| **AFFORDABLE HOSPITALITY** | : |
| **ASSOCIATES, L.P., AFFORDABLE** | : |
| **HOSPITALITY, INC., HERSHA** | : |
| **HOSPITALITY TRUST, HERSHA** | : |
| **ENTERPRISES, LTD., NISH** | : |
| **CAPITAL, INC., 3344** | : |
| **ASSOCIATES, L.P., JOHN and** | |
| **MARY DOES 1-10, and DOE** | |
| **CORPORATIONS 1-10,** | |
| | |
| Defendants. | |

Index No. 102874/08



08 CV 3138

JUDGE CASTEL

MAR 27 2008

U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hersha Hospitality Trust (a private non-governmental party) certifies that the following is its corporate parent, owns more than 10% of its interests and is publicly traded:

None.

Date: _March 27, 2008_

_____
EDWARD A. FLECK, ESQUIRE
Attorney I.D. No.: _3469_

*Un.ted  STATES  District  Court*

~~SUPREME COURT OF THE STATE OF NEW YORK~~
*For the Southern District*  ~~COUNTY~~ **OF NEW YORK**

| | |
|---|---|
| **JOHN A. ZACCARO** | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **HASU P. SHAH, KIRAN P. PATEL,** | : |
| **AFFORDABLE HOSPITALITY** | : |
| **ASSOCIATES, L.P., AFFORDABLE** | : |
| **HOSPITALITY, INC., HERSHA** | : |
| **HOSPITALITY TRUST, HERSHA** | : |
| **ENTERPRISES, LTD., NISH** | : |
| **CAPITAL, INC., 3344** | : |
| **ASSOCIATES, L.P., JOHN and** | : |
| **MARY DOES 1-10, and DOE** | |
| **CORPORATIONS 1-10,** | |
| | |
| Defendants. | |

Index No. 102874/08



JUDGE CASTEL

MAR 27 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Affordable Hospitality Associates, L.P. (a private non-governmental party) certifies that the following is its corporate parent, owns more than 10% of its interests and is publicly traded:

Hersha Hospitality Limited Partnership

Date: *March 27, 2008*

EDWARD A. FLECK, ESQUIRE
Attorney I.D. No.: *3469*

~~United~~ STATES ~~District~~ Court
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~RK
FOR THE Southern ~~COUNTY~~ OF NEW YORK
                    DISTRICT

JOHN A. ZACCARO

              Plaintiff,

       v.

HASU P. SHAH, KIRAN P. PATEL,
AFFORDABLE HOSPITALITY
ASSOCIATES, L.P., AFFORDABLE
HOSPITALITY, INC., HERSHA
HOSPITALITY TRUST, HERSHA
ENTERPRISES, LTD., NISH
CAPITAL, INC., 3344
ASSOCIATES, L.P., JOHN and
MARY DOES 1-10, and DOE
CORPORATIONS 1-10,

              Defendants.

Index No. 102874/08

**08 CV 3138**

JUDGE CASTEL



MAR 2 7 2008

U.S.D.C. S.D. N.Y.
CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Affordable Hospitality, Inc. (a private non-governmental party) certifies that the following is its corporate parent, owns more than 10% of its stock and is publicly traded:

Hersha Hospitality Limited Partnership

Date: _March 27, 2008_

                                      EDWARD A. FLECK, ESQUIRE
                                      Attorney I.D. No.: 3469

*United States District Court*

~~SUPREME COURT OF THE STATE OF NEW YORK~~
*For THE Southern District* ~~COUNTY~~ OF NEW YORK

| | |
|---|---|
| JOHN A. ZACCARO | : |
| Plaintiff, | : |
| | : |
| v. | :     Index No. 102874/08 |
| | : |
| HASU P. SHAH, KIRAN P. PATEL, | : |
| AFFORDABLE HOSPITALITY | : |
| ASSOCIATES, L.P., AFFORDABLE | : |
| HOSPITALITY, INC., HERSHA | : |
| HOSPITALITY TRUST, HERSHA | : |
| ENTERPRISES, LTD., NISH | : |
| CAPITAL, INC., 3344 | : |
| ASSOCIATES, L.P., JOHN and | : |
| MARY DOES 1-10, and DOE | |
| CORPORATIONS 1-10, | |
| | |
| Defendants. | |



08 CV 3138

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 3344 Associates, L.P. (a private non-governmental party) certifies that the following is its corporate parent, owns more than 10% of its interests and is publicly traded:

Hersha Hospitality Limited Partnership.

Date: *March 27, 2008*

EDWARD A. FLECK, ESQUIRE
Attorney I.D. No.: *7469*

UniTED STATES District Court

FoR THE Southern DisTricT ~~SUPREME COURT OF THE STATE OF NEW YORK~~ ~~DISTRICT~~ ~~COURT~~ OF NEW YORK

| | |
|---|---|
| JOHN A. ZACCARO | |
|       Plaintiff, | : |
| | : |
| | : |
|     v. | :   Index No. 102874/08 |
| | : |
| HASU P. SHAH, KIRAN P. PATEL, | : |
| AFFORDABLE HOSPITALITY | : |
| ASSOCIATES, L.P., AFFORDABLE | : |
| HOSPITALITY, INC., HERSHA | : |
| HOSPITALITY TRUST, HERSHA | : |
| ENTERPRISES, LTD., NISH | : |
| CAPITAL, INC., 3344 | : |
| ASSOCIATES, L.P., JOHN and | |
| MARY DOES 1-10, and DOE | |
| CORPORATIONS 1-10, | |
| | |
|       Defendants. | |





Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hersha Enterprises, Ltd. (a private non-governmental party) certifies that the following is its corporate parent, owns more than 10% of its interests and/or is publicly traded:

None.

Date: March 27, 2008

EDWARD A. FLECK, ESQUIRE
Attorney I.D. No.: 3469

*United States District Court*

~~SUPREME COURT OF THE STATE OF NEW YORK~~

*For the Southern District* ~~COUNTY~~ OF NEW YORK

---

JOHN A. ZACCARO

          Plaintiff,      :
                    :
                    :

          v.            :   Index No. 102874/08

HASU P. SHAH, KIRAN P. PATEL, :
AFFORDABLE HOSPITALITY     :
ASSOCIATES, L.P., AFFORDABLE :
HOSPITALITY, INC., HERSHA    :
HOSPITALITY TRUST, HERSHA  :
ENTERPRISES, LTD., NISH      :
CAPITAL, INC., 3344          :
ASSOCIATES, L.P., JOHN and
MARY DOES 1-10, and DOE
CORPORATIONS 1-10,

           Defendants.

---

08 CV 3138



     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nish Capital, Inc. (a private non-governmental party) certifies that the following is its corporate parent, owns more than 10% of its interests and is publicly traded:

None.

Date: *March 27, 2008*

                                           _____
                                 EDWARD A. FLECK, ESQUIRE
                                 Attorney I.D. No.: *3469*