## CERTIFICATE OF SERVICE

I, Edward A. Fleck, Esquire, hereby certify that a copy of the foregoing Amended Notice of Removal was served upon the following, via United States first class mail, postage prepaid:

> Eli J. Rogers, Esquire
> Dreifuss, Bonacci & Parker, LLP
> One Penn Plaza, 36th Floor
> -and –
> 26 Columbia Turnpike
> Florham Park, New Jersey 07932

_____ 3469
Edward A. Fleck, Esquire

Date: April 10, 2008