UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHN A. ZACCARO
     Plaintiff,

v.

HASU P. SHAH, KIRAN P. PATEL,
AFFORDABLE HOSPITALITY
ASSOCIATES, L.P., AFFORDABLE
HOSPITALITY, INC., HERSHA
HOSPITALITY TRUST, HERSHA
ENTERPRISES, LTD., NISH
CAPITAL, INC., 3344
ASSOCIATES, L.P., JOHN and
MARY DOES 1-10, and DOE
CORPORATIONS 1-10.

     Defendants.

Case No. 08 Civ. 3138 (PKC)

### NOTICE OF FILING OF AMENDED NOTICE OF REMOVAL

To: Eli J. Rogers, Esquire
   Dreifuss, Bonacci & Parker, LLP
   One Penn Plaza, 36th Floor
   New York, New York 10119

   -and-

   26 Columbia Turnpike, North Entrance
   Florham Park, NJ 07932

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Hasu P. Shah, Kiran P. Patel, Affordable Hospitality Associates, L.P., Affordable Hospitality, Inc., Hersha Hospitality Trust, Hersha Enterprises, Ltd., Nish Capital, Inc., 3344 Associates, L.P., John Does 1-10 and Doe Corporations 1-10 did, on April 10, 2008, filed an Amended Notice of Removal in the United States District Court for the Southern District of New York, a copy of

which is attached hereto, and that said matter shall proceed hereafter in the United States District Court for the Southern District of New York.

FLECK, FLECK & FLECK

BY: _____ 3469
EDWARD A. FLECK, ESQUIRE
1205 Franklin Avenue
Suite 300
Garden City, NY  11530