## CERTIFICATE OF SERVICE

I, Edward A. Fleck, Esquire, hereby certify that a copy of the foregoing Notice of Filing of Amended Notice of Removal was served upon the following, via United States first class mail, postage prepaid:

> Eli J. Rogers, Esquire
> Dreifuss, Bonacci & Parker, LLP
> One Penn Plaza, 36th Floor
> New York, New York 10119
>
> -and-
>
> 26 Columbia Turnpike, North Entrance
> Florham Park, NJ 07932

_____
Edward A. Fleck, Esquire

Date: April 10, 2008