SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| JOHN A. ZACCARO<br><br>Plaintiff,<br><br>v.<br><br>HASU P. SHAH, KIRAN P. PATEL, AFFORDABLE HOSPITALITY ASSOCIATES, L.P., AFFORDABLE HOSPITALITY, INC., HERSHA HOSPITALITY TRUST, HERSHA ENTERPRISES, LTD., NISH CAPITAL, INC., 3344 ASSOCIATES, L.P., JOHN and MARY DOES 1-10, and DOE CORPORATIONS 1-10,<br><br>Defendants. | Index No. 102874/08 |

## NOTICE OF FILING OF AMENDED NOTICE OF REMOVAL

To:  Clerk, County of New York
     New York County Courthouse
     60 Centre Street, Room 161
     New York, New York 10007

Please take notice that pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Hasu P. Shah, Kiran P. Patel, Affordable Hospitality Associates, L.P., Affordable Hospitality, Inc., Hersha Hospitality Trust, Hersha Enterprises, Ltd., Nish Capital, Inc., 3344 Associates, L.P., John and Mary Does 1-10, and Doe Corporations 1-10 did, on April 10, 2008, filed an Amended Notice of Removal in the United States District Court for the Southern District of New York, a copy of

which is attached hereto, and that said matter shall proceed hereafter in the United States District Court for the Southern District of New York.

**FLECK, FLECK & FLECK**

BY: _____ 2469
**EDWARD A. FLECK, ESQUIRE**
1205 Franklin Avenue
Suite 300
Garden City, NY 11530