## CERTIFICATE OF SERVICE

I, Edward A. Fleck, Esquire, hereby certify that a copy of the foregoing Notice of Filing of Amended Notice of Removal was served upon the following, via United States first class mail, postage prepaid:

>Clerk, County of New York
>New York County Courthouse
>60 Centre Street, Room 161
>New York, New York 10007

_____
Edward A. Fleck, Esquire  3469

Date: April 10, 2008