## UNTIED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

JOHN A. ZACCARO,

    Plaintiff,

vs.

HASU P. SHAH, KIRIN P. PATEL, AFFORDABLE HOSPITALITY ASSOCIATES, L.P., AFFORDABLE HOSPITALITY, INC., HERSHA HOSPITALITY TRUST, HERSHA ENTERPRISES, LTD.,NISH CAPITAL, INC., 3344 ASSOCIATES, LP, JOHN and MARY DOES "1" through "10", and DOE CORPORATIONS "1" through "10"

    Defendants.

---

Index No.: 08-CV-3138

**ORDER FOR ADMISSION OF MONIKA S. PUNDALIK, ESQ. PRO HAC VICE ON WRITTEN NOTICE**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

Upon the motion of Eli J. Rogers, Esq. attorney for Plaintiff, John A. Zaccaro, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Monika S. Pundalik, Esq.
> Dreifuss Bonacci & Parker, LLP
> 26 Columbia Turnpike, North Entrance
> Florham Park, New Jersey 07932
> (973) 514-1414
> fax (973)514-5958
> mpundalik@dbplawfirm.com

is admitted to practice pro hac vice as counsel for Plaintiff, John A. Zaccaro, in the above captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

                                                          _____
                                                          Untied State District/Magistrate Judge

Dated: 4-14, 2008
New York, New York