UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/08
```

JOHN A. ZACCARO
         Plaintiff,

v.

HASU P. SHAH, KIRAN P. PATEL,
AFFORDABLE HOSPITALITY
ASSOCIATES, L.P., AFFORDABLE
HOSPITALITY, INC., HERSHA
HOSPITALITY TRUST, HERSHA
ENTERPRISES, LTD., NISH CAPITAL,
INC., 3344 ASSOCIATES, L.P., JOHN
AND MARY DOE DEFENDANTS 1-10,
DOE CORPORATION DEFENDANTS
1-10

         Defendants.

Civil Action No.: 08-Civ-3138 (PKC)

**ORDER**

Upon the motion of Edward A. Fleck, Esquire, attorney for Defendants and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | *Evan A. Blaker, Esquire* |
| Firm Name: | *Byler & Blaker, LLC* |
| Address: | *Penn Mutual Towers, 510 Walnut Street, 9th Floor* |
| City/State/Zip: | *Philadelphia, PA 19106* |
| Telephone/Fax: | *(215) 238-9300 / (215) 238-9301* |
| Email Address: | *eblaker@bylerblaker.com* |

is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April 28, 2008
New York, NY

United States District Judge