UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

*JOHN A. ZACCARO*
      Plaintiff,

v.                                              Civil Action No.: 08-Civ-3138 (PKC)

*HASU P. SHAH, KIRAN P. PATEL,*
*AFFORDABLE HOSPITALITY*                        **ORDER**
*ASSOCIATES, L.P., AFFORDABLE*
*HOSPITALITY, INC., HERSHA*
*HOSPITALITY TRUST, HERSHA*
*ENTERPRISES, LTD., NISH CAPITAL,*
*INC., 3344 ASSOCIATES, L.P., JOHN*
*AND MARY DOE DEFENDANTS 1-10,*
*DOE CORPORATION DEFENDANTS*
*1-10*

      Defendants.

Upon the motion of Edward A. Fleck, Esquire, attorney for Defendants and said

sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

    Applicant's Name:    *Anthony L. Byler, Esquire*

    Firm Name:    *Byler & Blaker, LLC*

    Address:    *Penn Mutual Towers, 510 Walnut Street, 9th Floor*

    City/State/Zip:    *Philadelphia, PA 19106*

    Telephone/Fax:    *(215) 238-9300 / (215) 238-9301*

    Email Address:    *tbyler@bylerblaker.com*

is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case

in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: April __, 2008

May 5, 2008

_____
**United States District Judge**