USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOHN A. ZACCARO

                              Plaintiff(s),

        08 Civ. 3138 (PKC)

        -against-

HASU P. SHAH, et al.

        ORDER

                              Defendant(s).

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

      As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

      1. By May 19, 2008 the plaintiff(s) ~~defendant(s)~~ ~~parties~~ shall amend their complaint to endeavor to allege fraud with the particularity required by Rule 9(b). By May 19 defendants shall file their section 1404(a) motion.

      2. By May 30, 2008, the ~~plaintiff(s)~~ defendant(s) ~~parties~~ shall write to the Court indicating either that they no longer press the Rule 9(b) issue or pointing out the deficiencies in the amended pleading. By May 30 plaintiffs shall respond to the 1404(a) motion.

3. By June 6, defendants may reply on the 1404 issue. Plntff may respond to defendant's May 30 letter by June 6.

4. Zaccaro, Shah and Patel will meet face to face for no less than one hour over a meal between today and the close of business on June 12.

5.

6. The next conference in this matter will be held on June 13, 2008 at 10:30 am.

P. Kevin Castel
United States District Judge

Dated: New York, New York
5-8-08