USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

# DREIFUSS BONACCI & PARKER, LLP
## ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ & PA)
Ronald I. Parker (NJ & NY)
Bruce Dickstein (NJ & NY)

Derek A. Popell (NJ & NY)
Paul H. Mandal (NJ & NY)
Monika S. Pundalik (NJ)
Eli J. Rogers (NJ & NY)
Jonathan D. Morales (NJ & NY)
Adam M. Fontana (NJ & NY)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
jbonacci@dbplawfirm.com

One Penn Plaza
36th Floor
New York, New York 11119
(212) 835-1514

1500 Market Street
12th Floor
East Tower
Philadelphia, Pennsylvania 19102

*Please reply to New Jersey Office*

**MEMO ENDORSED**

June 5, 2008

**VIA FACSIMILE**
Honorable P. Kevin Castel, U.S.D.J.
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
Courtroom 12C
New York, New York 10007

Re:  Zaccaro v. Hasu P. Shah, et al.
     Index No.: 08-CV-3138
     Case Management Conference June 13, 2008

Dear Judge Castel:

This firm represents the Plaintiff, John A. Zaccaro, in connection with the above-referenced matter. Your Honor has scheduled a Case Management conference on Friday, June 13, 2008 at 10:30 a.m.

I am writing with the consent of my adversary, Evan Blaker, Esq., to request that both my adversary and I be permitted to participate in the conference telephonically. Unfortunately, I have a matter that requires me to be in Chicago on Friday June 13, 2008 to proceed with a non party deposition where the witness is only available on that date. Mr. Blaker or his partner would be traveling up from Philadelphia for this conference and therefore, he has consented and is also requesting his office be permitted to appear telephonically.

We thank Your Honor in advance for Your Honor's consideration of this request.

Respectfully submitted,

*JoAnne M. Bonacci*

JMB/mn
cc: Evan A. Blaker, Esq.
    Edward A. Fleck, Esq.
G:\FPDATA\USERS\JMB\Zaccaro\Castel ltr-2.doc

*[Handwritten endorsement: Conference adjourned from June 13 to June 27, 2008 at 11:00 a.m. to permit personal participation by counsel. SO ORDERED. USDJ 6-9-08]*