UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN A. ZACCARO,<br><br>    Plaintiff,<br><br>vs.<br><br>HASU P. SHAH, KIRIN P. PATEL, AFFORDABLE HOSPITALITY ASSOCIATES, L.P., AFFORDABLE HOSPITALITY, INC., HERSHA HOSPITALITY TRUST, HERSHA ENTERPRISES, LTD.,NISH CAPITAL, INC., 3344 ASSOCIATES, LP, JOHN and MARY DOES "1" through "10", and DOE CORPORATIONS "1" through "10"<br><br>    Defendants. | Index No.: 08-CV-3138 |

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __JoAnne M. Bonacci, Esq.__

☑ *Attorney*

  ☐   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    _____

  ☑   I am a Pro Hac Vice attorney

  ☐   I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

  From: _____
  To: _____

  ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ *Address:*   5 Penn Plaza, 23rd Floor, New York, New York 10001

☑ *Telephone Number:*   212-835-1514

☐ *Fax Number:* _____

☑ *E-Mail Address:*   jbonacci@dbplawfirm.com

Dated: __7/14/08__     /s/ JoAnne M. Bonacci