# DREIFUSS BONACCI & PARKER, LLP
## ATTORNEYS AT LAW

David C. Dreifuss (NJ)
JoAnne M. Bonacci (NJ & PA)
Ronald I. Parker (NJ & NY)
Bruce Dickstein (NJ & NY)

Derek A. Popeil (NJ & NY)
Paul H. Mandal (NJ & NY)
Monika S. Pundalik (NJ)
Eli J. Rogers (NJ & NY)
Paul M. McCormick (NJ & NY)

26 Columbia Turnpike
*North Entrance*
Florham Park, New Jersey 07932

(973) 514-1414
Telefax (973) 514-5959

Writer's E-mail Address:
jbonacci@dbplawfirm.com

Five Penn Plaza
23rd Floor
New York, New York 10001
(212) 835-1514

1500 Market Street
12th Floor
East Tower
Philadelphia, Pennsylvania 19102

*Please reply to New Jersey Office*

**MEMO ENDORSED**

May 7, 2009

**VIA FACSIMILE**
Honorable P. Kevin Castel, U.S.D.J.
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2260
Courtroom 12C
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-8-09
```

Re:   Zaccaro v. Hasu P. Shah, et al.
      Index No.: 08-CV-3138

Dear Judge Castel:

Please accept this letter as a joint submission on behalf of both Plaintiff, who this firm represents, and Defendants, who are represented by Byler & Blaker, LLC, in connection with the above referenced matter. We are writing with consent of our adversary a joint letter request to the Court concerning expert discovery in the above referenced matter. Given the large number of depositions of fact witnesses that have taken place in this matter, counsel have discussed and agreed upon a joint proposal to expeditiously complete expert discovery. The plan for the conducting of expert discovery in this matter extends thirty (30) days to the current schedule to afford the parties an opportunity to exchange their respective expert reports and take the depositions of one another's experts.

The parties have agreed upon the following schedule for expert discovery:

1. Plaintiff will provide its expert reports and required disclosures on or before May 29, 2009;
2. Defendants will provide their expert reports and required disclosures on or before June 29, 2009; and
3. All expert depositions will be completed on or before July 31, 2009, with plaintiff's expert depositions occurring prior to defendants' expert depositions.

The pretrial submission date and pretrial conference date to be set by the Court.

*Approved PKC*

Honorable P. Kevin Castel, U.S.D.J.
May 7, 2009
Page 2

We respectfully request Your Honor's approval of the proposed schedule and thank Your Honor in advance for Your Honor's consideration of this request.

Respectfully submitted,

JoAnne M. Bonacci

JMB/mn
cc: Anthony Byler, Esq.

I am pleased to endorse and adopt the parties' proposed revisions to the schedule. The Conference is adjourned from May 13 to June 3 at 11:15 a.m. On June 3 I will set the date for the Final Pretrial Conference.

SO ORDERED

USDJ
5-8-09