UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

John A. Zaccaro,

                Plaintiff(s),

        08 Civ. 3138 (PKC)

- against -

Hasu P. Shah,

        ORDER FOLLOWING
        PRETRIAL CONFERENCE

                Defendant(s).

------------------------------------------------------------x

        As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

Having heard the parties fully, leave is granted to plaintiff

1. By ~~_____, 2009, the plaintiff(s) the defendant(s) the parties~~ shall to assert a claim for punitive damages on the fraudulent concealment and breach of fiduciary duty claim. Amended pleading to be filed by July 24.

2. ~~By _____, 2009, the plaintiff(s) the defendant(s) the parties shall~~ Joint Pretrial Order, Requests to Charge, Voir Dire and Verdict Form, due September ~~30~~ 25, 2009.

and fully submitted in limine motions are

3. By _____, 2009, the plaintiff(s) the defendant(s) the parties shall

4. Court ~~recommends~~ directs that clients meet face to face for no less than one hour between now and August 18 in an effort to settle.

5.

6.

7. The ~~Next Conference~~ (the Final Pretrial Conference) will be held on October 2, 2009 at 2:30 pm.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York

7-17-09